```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
 ANDREA SANDERS,                                           :
                                                           :              ORDER
                              Plaintiff,                   :       23-CV-09317 (JGLC) (KHP)
                                                           :
             -against-                                     :
                                                           :
 COMMISSIONER OF SOCIAL SECURITY,                          :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2023

**KATHARINE H. PARKER, United States Magistrate Judge**.

This case has been referred to me for a report and recommendation. The parties shall meet and confer to discuss whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c). If the parties jointly consent, they shall complete the consent form available on the Court's website at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no later than **Monday, December 18, 2023** representing that the parties met and conferred but that they do not jointly consent. The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c). There will

be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: October 30, 2023
New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge