```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
 ANDREA SANDERS,                                             :
                                                             :
                              Plaintiff,                     :
                                                             :
                -against-                                    :
                                                             :
 COMMISSIONER OF SOCIAL SECURITY,                            :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

**ORDER**
23-CV-09317 (JGLC) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court is in receipt of Defendant's letter regarding the status of discussions regarding consent to proceed before a Magistrate Judge. The Court advises both parties that they may consent to the undersigned's jurisdiction at any time. The deadline provided in the previous order at ECF No. 7 was merely a deadline to meet-and-confer on the issue.

The parties are reminded that the decision to consent to proceed before a Magistrate Judge is private, and that no communications with the Court should indicate any party's consent or non-consent. The letter indicates that parties have not yet met and conferred on this issue. Therefore, the parties are directed to meet and confer to determine if both parties do or do not consent to the undersigned's jurisdiction by **Friday, January 12, 2024**. If either or both parties do not consent, the Parties are directed to file a joint letter by January 12th stating that there is not consent to proceed before a Magistrate judge. Again, the joint letter should not indicate any particular party's decision whether or not to consent.

The Plaintiff is advised that the New York County Lawyers Association provides free legal assistance to *pro se* plaintiffs in Social Security appeals through its Social Security SDNY Project. The Plaintiff may seek a consultation by calling Carolyn A. Kubtischek at (212) 349-0900. However, the Plaintiff is also advised that there is no guarantee the project will be able to provide them with a lawyer.

This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will be no adverse consequences if the parties withhold their consent, but the parties are advised that granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: December 14, 2023
New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge