UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREA SANDERS,

                        Plaintiff,                                **23 Civ. No. 9317 (GS)**

         -against-                                            **ORDER**

COMMISSIONER OF SOCIAL
SECURITY,

                       Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court issues this Order to set a revised briefing schedule in accordance with the parties' joint consent to the undersigned's authority to conduct all proceedings in this matter pursuant to 28 U.S.C. § 636(c). (Dkt. No. 26). In line with the Court's existing Standing Order (Dkt. No. 3), Plaintiff must file her brief within 30 days of this Order by **Monday, April 8, 2024**; the deadline for the Commissioner to submit its opposition brief is **Wednesday, May 8, 2024**; and the deadline for any reply brief is **Wednesday, May 22, 2024**.

       **SO ORDERED.**

DATED:    March 7, 2024
                New York, New York

                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge